UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILL MEREWHUADER,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., et al.,<br><br>Defendants. | CASE NO. C26-2248JLR<br><br>ORDER |

Before the court is Defendants' July 29, 2026 motion to dismiss Plaintiff's complaint. (MTD (Dkt. # 31).) On August 19, 2026—21 days after Defendants filed their motion—Plaintiff filed an amended complaint. (Am. Compl. (Dkt. # 36).) In general, an amended complaint supersedes all previous complaints and renders them without legal effect. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). As a result, courts routinely deem a motion to dismiss moot when the opposing party timely files an amended pleading. *See id.*; *see also* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading once as a matter of course no later than 21 days

after service of a motion to dismiss under Rule 12(b)). Consistent with this practice, the court DEEMS Defendants' motion to dismiss (Dkt. # 31) moot and STRIKES the motion without prejudice to Defendants moving to dismiss Plaintiff's amended complaint.

Dated this 20th day of August, 2026.

JAMES L. ROBART
United States District Judge